**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| In re:<br>ALLINGTON, Bartley<br><div align="right">Debtor(s)</div> | Chapter 13<br>Case No. 24-10223-JEB |
|---|---|

### TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

Now comes Carolyn Bankowski, Standing Chapter 13 Trustee ("Trustee"), and respectfully objects to confirmation of the Debtors' Chapter 13 Plan, (the "Plan"), and for reasons says as follows:

1. On April 9, 2024, the Trustee convened the §341 meeting of creditors at which the Debtor were present with counsel.

2. On May 15, 2024, the Debtor filed the Plan. The Trustee is unable to recommend the Plan for confirmation at this time.

3. According to Official Form 22C-2, the Debtor has $1,996.16 available each month towards unsecured claims, which when multiplied by 60 months would provide for a total of $119,769.60 to be paid towards general unsecured claims. However, the Debtor's Plan only proposes to pay the total sum of $62,871.00 towards general unsecured claims. If the Debtor was to devote all projected disposable income for a period of 60 months, the dividend to the holders of general unsecured claims would increase significantly.

4. The Trustee asserts that the Plan does not meet the best efforts test pursuant to 11 U.S.C. §1325 (b)(1)(B).

WHEREFORE, the Trustee requests that the Court sustain the objection to confirmation and grant such other relief as is proper.

Dated: 5/30/24

                            Respectfully submitted,

                            By: /s/ Carolyn Bankowski
                            Carolyn Bankowski, BBO#631056
                            Patricia A. Remer, BBO#639594
                            Standing Chapter 13 Trustee
                            Office of the Chapter 13 Trustee
                            PO Box 8250
                            Boston, MA  02114
                            (617) 723-1313
                            **13trustee@ch13boston.com**

dmh

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| In re:<br>ALLINGTON, Bartley<br>Debtor(s) | Chapter 13<br>Case No. 24-10223-JEB |
|---|---|

## Certificate of Service

      The undersigned hereby certifies that a copy of the Trustee's Objection to Confirmation of Debtor's Chapter 13 Plan was served via first class mail, postage prepaid or by electronic notice on the Debtor and Debtor's counsel at the addresses set forth below.

Bartley Allington
560 Pitchers Way
Hyannis, MA  02601

Steven Striffler, Esquire
21 McGrath Highway, Ste. 301
Quincy, MA  02169


Date:  5/30/24

                                                       /s/ Carolyn Bankowski

dmh