**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DISTRICT**

| | |
|---|---|
| In re:   BARTLEY J ALLINGTON | Chapter 13 |
| | Case No: 24-10223-JEB |
| Debtor | |

### Certificate of Service

The undersigned hereby certifies that a copy of the Notice of Hearing has been served by first class mail, postage prepaid or by electronic notice upon the Debtor and Debtor's counsel of record as set forth below.

Dated: 07/01/2024

Respectfully Submitted

/s/ **Carolyn A. Bankowski**

Carolyn A. Bankowski, BBO 631056
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
13trustee@ch13boston.com

SERVICE LIST

BARTLEY J ALLINGTON
560 PITCHERS WAY
HYANNIS, MA 02601


STEVEN R. STRIFFLER ESQ.
LAW OFFICES OF STEVEN R. STRIFFLER
21 MCGRATH HIGHWAY SUITE 301
QUINCY MA 02169

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

---

In Re: Bartley J. Allington,
     Debtor

Chapter: 13
Case No: 24−10223
Judge Janet E. Bostwick

---

### NOTICE OF TELEPHONIC NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **8/22/24 at 10:00 AM** before the Honorable Judge Janet E. Bostwick, the hearing will be held TELEPHONICALLY to consider the following:

    [27] Chapter 13 Trustee's Objection to Confirmation of Plan.

    All participants and anyone else wishing to attend the hearing must do so by telephone and not in person. To appear telephonically, attendees must, no later than five minutes prior to the scheduled time of hearing, dial (646) 828−7666, enter Meeting ID 161 151 6740 and Passcode 672832 when prompted. To facilitate informal discussions similar to those that occur just prior to in−person hearings, the Court urges the parties to confer briefly at least 48 hours prior to the scheduled hearing.

**OBJECTION/RESPONSE DEADLINE:**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013−1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and
2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. **<u>Your rights may be affected.</u>** You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.
2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071−1.
3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing. <u>If this is a hearing under section 362</u>, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court schedules an evidentiary hearing.

Date: 6/28/24

By the Court,

<u>Mary Murray</u>
Deputy Clerk
617−748−5350